## IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

BRENT STRAIT )
)
    Plaintiff, )
)
v. ) CASE No. 0502-0016111-2020
)
WASHINGTON METROPOLITAN )
AREA TRANSIT AUTHORITY )
)
    Defendant. )

### AMENDED COMPLAINT

COMES NOW the Plaintiff, Brent Strait, by and through counsel, and moves for the relief stated herein on grounds set forth below:

### PARTIES

1. Plaintiff, Brent Strait (hereinafter referred to as "the Plaintiff"), resides at 1202 Boones Hill Rd., # 6, Capitol Heights, MD 20743.

2. Defendant, Washington Metropolitan Area Transit Authority (hereinafter referred to as "Defendant") is an intergovernmental entity. Its registered agent is Patricia Lee, General Counsel, 600 Fifth Street, N.W., Washington, D.C. 20001.

### COUNT I-NEGLIGENCE

3. On or about July 10, 2019 the Defendant, through its employee, was operating a vehicle on Walker Mill Road in Prince George's County, Maryland.

4. At all material times to this Complaint, the Defendant was duty bound to operate the vehicle with reasonable care and prudence.

5. Notwithstanding this duty, and in breach thereof, the Defendant operated the vehicle in a negligent manner and carelessly struck the rear of Plaintiff's lawfully owned and

operated vehicle. The Defendant's negligence consisted of, among other things, failing to pay full time and attention to his driving, failing to maintain a proper look out, failing to maintain a proper speed, failing to maintain a safe distance between traveling vehicles, and otherwise being negligent.

6. As a direct and proximate result of the Defendant's negligence, and breach of duties, the Plaintiff sustained severe and permanent bodily injuries and damages, has experienced and will continue to experience pain and suffering, has lost and will continue to lose wages and earnings, has incurred and will continue to incur medical expenses, has been prevented and will continue to be prevented from engaging in normal social and recreational activities, has incurred property damage, has incurred diminished value to his vehicle, and has suffered and will continue to suffer other damages.

WHEREFORE, Plaintiff, Brent Strait, demands judgment against Defendant Washington Metropolitan Area Transit Authority, in the amount of THIRTY THOUSAND & 00/100 U.S. DOLLARS ($30,000.00), plus costs and interest.

RESPECTFULLY SUBMITTED,

Ryan J. Frazier #011800
CPF # 0712110265
Counsel for Plaintiff
GREENBERG & BEDERMAN LLP
1111 Bonifant St.
Silver Spring, MD 20910
t. 301.589.2200